PENN YAN BOATS, INCORPORATED, Respondent, v. J. C. BERKWIT & COMPANY, a Limited Partnership, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Will of JANE B. LISSBERGER, Deceased. EDMUND LISSBERGER, Appellant; PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY, as Trustee, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondent payable out of the fund. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [189 Misc. 277.] [See post, p. 964.]

In the Matter of HARRY A. MACKLER, Petitioner, against MARY DONLON et al., Constituting the Workmen's Compensation Board, Respondents.— Determination annulled, with $50 costs and disbursements to the petitioner, on the ground that there is no substantial evidence to sustain the same. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to confirm the determination. Settle order on notice.

In the Matter of HARRY A. MACKLER, Appellant, against MARY DONLON et al., Constituting the Workmen's Compensation Board, Respondents.— Appeal dismissed, without costs, on the ground that it is academic. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to affirm.

IDA FIELDS, Respondent, v. LOUIS JORDAN, Appellant.— Judgment and order entered May 15, 1947, unanimously reversed and a new trial ordered, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $20,506.21, in which event the judgment as so modified, and the order insofar as it denies defendant's motion to set aside the verdict and for a new trial, are affirmed, without costs. Order entered October 2, 1947, unanimously affirmed. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of BARRY EQUITY CORP., Appellant. JACOB ELISHEWITZ & SONS Co., INC., Respondent.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See post, p. 894.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MANNY BERNSTEIN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

HELEN VEIVIA, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of SOPHIE DONINETZ, Respondent. ANTHONY COPERTINO et al., Appellants.— Order entered December 3, 1947, unanimously modified by eliminating the provision for visitation. Appeal from order entered December 12, 1947, unanimously dismissed. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY CHESSARE, Appellant, et al., Defendants.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

BRINK'S, INCORPORATED, et al., Respondents, v. THOMAS J. CURRAN, as Secretary of State of the State of New York, et al., Appellants.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [187 Misc. 639.]

JACOB RUBIN et al., Copartners Doing Business as MAX RUBIN & SONS, Respondents, v. 8008 REALTY CORP. et al., Appellants.— Order unanimously